**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

Chambers of
Douglas R. Miller
United States Magistrate Judge



101 West Lombard Street
Baltimore, Maryland 21201
MDD_DRMChambers@mdd.uscourts.gov
(410) 962-7770

May 18, 2026

Re: *Brutus v. Commissioner of Social Security*
     Civil No. 8:25-cv-03389-DRM

### <u>LETTER OPINION & ORDER</u>

Dear Plaintiff and Counsel:

Plaintiff has filed an Amended Motion for Immediate Relief or Motion for Summary Judgment, ECF No. 16, in which she seeks "any immediate relief that the court deems proper under Rule 60 and in accordance with 5 U.S. Code § 706 and/or others."

Plaintiff's request for relief under Fed. R. Civ. P. 60 is inapposite for the same reasons stated in my March 9, 2026 Letter Order, ECF No. 30, denying Plaintiff's Notice Seeking Adjudication of Fraud, ECF No. 29.

Plaintiff's request for relief under the Administrative Procedure Act, 5 U.S.C. § 706, is also inapposite because 42 U.S.C. § 402(h) provides that 42 U.S.C. § 402(g) is the exclusive vehicle for judicial review of Social Security benefit denials.

The body of ECF No. 16 does not include a request for summary judgment notwithstanding the alternative title of the motion. However, construing the motion as one for summary judgment, the request is also misplaced. Although motions for summary judgment were formerly a common feature of Social Security actions, the current Supplemental Rules for Social Security Actions Under 42 U.S.C. § 405(g) provide that "[t]he action is presented for decision by the parties' briefs," and specify that the briefs are a "Plaintiff's Brief," "Commissioner's Brief," and "Reply Brief." Supp. Soc. Sec. R. 5, 6, 7, 8.

Accordingly, ECF No. 16 is DENIED.

Plaintiff subsequently filed a pleading styled "Plaintiff's Motion for Summary Judgment / Plaintiff's Reply Brief." ECF No. 34. For the reasons stated above, a motion for summary judgment is not the appropriate procedural mechanism for Plaintiff to pursue relief under the Supplemental Rules for Social Security Actions Under 42 U.S.C. § 405(g).

Accordingly, the portion of ECF No. 34 styled as a Motion for Summary Judgment is DENIED. However, I will consider the arguments raised therein as part of Plaintiff's Reply Brief.

Notwithstanding the informal nature of this letter, it will constitute an Opinion and Order of the Court and will be docketed accordingly.

Sincerely,

_____/s/_____
Douglas R. Miller
United States Magistrate Judge
District of Maryland